```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 16244
   EARNEST L PEARSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0843


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/06/2007 and was not confirmed.

     The case was dismissed without confirmation 10/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------

M&T MORTGAGE CORPORATION  CURRENT MORTG          .00           .00            .00
M&T MORTGAGE CORPORATION  MORTGAGE ARRE     18000.00           .00            .00
MERCEDES BENZ FINANCIAL   SECURED VEHIC          .00           .00            .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC      4500.00           .00            .00
CAPITAL ONE               UNSECURED           761.35           .00            .00
HSBC BANK NEVADA          UNSECURED         NOT FILED          .00            .00
CAPITAL ONE               UNSECURED          6032.21           .00            .00
CAPITAL ONE               UNSECURED          2389.61           .00            .00
CREDIT MAX LLC            UNSECURED         NOT FILED          .00            .00
PREMIER BANKCARD          UNSECURED           623.57           .00            .00
COMMONWEALTH EDISON       UNSECURED           826.00           .00            .00
NICOR GAS                 UNSECURED         NOT FILED          .00            .00
AT&T WIRELESS             UNSECURED         NOT FILED          .00            .00
DAIMLER CHRYSLER FINANCI  UNSECURED         53032.63           .00            .00
PRO SE DEBTOR             DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       --------------     --------------
TOTALS                     .00                    .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 16244 EARNEST L PEARSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 01/22/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```